John Darwin EADS, Petitioner,

v.

SHERIFF, State of Oklahoma, County of
Oklahoma, Respondent.

No. A–14205.

Court of Criminal Appeals of Oklahoma.

March 22, 1967.

———◆———

John Darwin Eads, pro se.

G. T. Blankenship, Atty. Gen., for State
of Oklahoma.

MEMORANDUM OPINION

NIX, Presiding Judge:

This is an Original Proceeding filed by
the petitioner, John Darwin Eads, seeking
a Writ of Habeas Corpus from this Court
directing the District Court of Oklahoma
County to grant a speedy trial on case #942
pending in the Justice Court of Jack Free-
man, or dismiss said charged. Petitioner is
presently confined in the Federal Correc-
tional Institution at Texarkana, Texas; No.
A14812 tt, for a term of Five Years.

Under the conditions herewith presented,
this Court is of the opinion that this peti-
tion should be denied under the authority
of Hobbs v. State, Okl.Cr., 417 P.2d 934.

Writ denied.

BUSSEY and BRETT, JJ., concur.